AO 91 (Rev. 11/11) Criminal Complaint                              AUSA Paul Schied (312) 697-4091

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NUMBER: 25 CR 319 |
| PEDRO PERALES | |

**FILED** 6/13/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about June 13, 2025, at Kildeer, in the Northern District of Illinois, Eastern Division, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Section 2113(a) | by force and violence, and by intimidation, took from the person and presence of a bank employee approximately $28,550 in United States Currency belonging to, and in the care, custody, control, management and possession of Bank of America located at 20263 N. Rand Rd. in Kildeer, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation. |

This criminal complaint is based upon these facts:

 X   Continued on the attached sheet.

*/s/ Herbert E. Hogberg III*
HERBERT E. HOGBERG III
Special Agent, Federal Bureau of Investigation

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: June 13, 2025

*Judge's signature*

City and state: Chicago, Illinois

GABRIEL A. FUENTES, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

### AFFIDAVIT

I, HERBERT E. HOGBERG III, being duly sworn, state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed for 23 years. My current responsibilities include the investigation of violent crimes, including, among others, kidnaping, bank robbery, and the apprehension of violent fugitives.

2. This affidavit is submitted in support of a criminal complaint alleging that Pedro Perales has violated Title 18, United States Code, Section 2113(a). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging PEDRO PERALES with bank robbery, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

3. This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents, information obtained from records and reports, and my training and experience.

### I. FACTS SUPPORTING PROBABLE CAUSE

4. The FBI has identified PEDRO PERALES as the offender in a bank robbery that occurred on June 13, 2025, at the Bank of America located at 20263

North Rand Road, in Kildeer, Illinois. PERALES presented a bank employee with a note demanding money and stating that he had a gun, and then took approximately $28,550 from the employee and exited the bank. After the robbery, PERALES left the area in a white GMC Acadia. PERALES was arrested in the GMC Acadia later on June 13, 2025. Approximately $24,400 was found in the GMC Acadia, and PERALES made a statement where he said, in summary, that he had robbed the Bank of America.

    A.    **PERALES's Robbery of Bank of America**

    5.    According to a Bank of America employee ("Employee 1"), on June 13, 2025, at approximately 10:30 a.m., a white male in his 60s, standing approximately 5'7" tall, with a white beard ("the Offender"), entered the bank.

    6.    According to Employee 1, Employee 1 greeted the Offender and asked if he needed assistance, and the Offender said he needed help with a transaction. Employee 1 walked behind a teller counter, and the Offender walked up to the front of the counter. According to Employee 1, the Offender handed Employee 1 a handwritten note that read "I have a gun give me all the money no one will get hurt." The Offender then held out a white paper bag and Employee 1 began to fill the paper bag with money from the teller drawer. The Offender said, "as fast as possible, please." Employee 1 placed banded bills into the paper bag until the Offender said "that's enough" and walked out of the bank with the paper bag. Employee 1 later told law enforcement that Employee 1 felt threatened, was in fear, and complied with the Offender's demand because of the reference to a gun.

7. According to Bank of America, the Offender took approximately $28,550. According to Employee 1, the bills were banded together in different denominations, including two stacks of banded $100 bills and a stack of banded $5 bills.

8. Security video from the inside and outside of the bank captured the robbery. The images below show the Offender entering the bank and standing at the teller desk.

 

9. PERALES's driver's license photograph is shown below.



10. Security video from the exterior of the Bank of America captured the Offender entering the bank at approximately 10:26 a.m., and exiting the bank and walking to a white GMC Acadia parked in the parking lot at approximately 10:27 a.m. The video then captured the GMC Acadia departing the area. The images below show the Offender walking to the GMC Acadia, located just behind a tree in the image, and the GMC Acadia pulling away moments later.





4

11. Security video from a Mobile gas station located at 20235 North Rand Road, less than a quarter of a mile from the Bank of America, captured a white GMC Acadia pulling through the gas station's parking lot at approximately 10:21 a.m. on June 13, 2025. The license plate of the white GMC Acadia is visible in the footage as ET15802.

12. According to records from the Illinois Secretary of State, the white GMC Acadia bearing license plate ET15802 is registered to PERALES and Individual 1, a family member of PERALES.

13. According to a copy of a certificate provided by Bank of America, the deposits of Bank of America are insured by the Federal Deposit Insurance Corporation.

    B.    **Arrest of PERALES with Money in White Bag**

14. In my training and experience, I know that municipalities in the Chicagoland area maintain a system of cameras on roadways that record the license plates of passing vehicles. Law enforcement agencies can monitor this system and receive information on the location and direction of travel of vehicles bearing a specified license plate.

15. Law enforcement entered a license plate reader query for the license plate of the white GMC Acadia that had been captured in the area of the Bank of America during the robbery. At approximately 6:54 p.m., the license plate reader system captured the location of the white GMC Acadia. Law enforcement units

responded to that area and observed the white GMC Acadia. Law enforcement executed a traffic stop on the vehicle, which was being driven by PERALES.

16. PERALES was placed under arrest, and law enforcement conducted an inventory search of the white GMC Acadia. That inventory search recovered a white paper bag containing approximately $24,400. The money in the bag was banded in the same manner as the money that was taken from Bank of America.

17. After his arrest, law enforcement advised PERALES of his *Miranda* rights and PERALES agreed to speak with law enforcement. The interview was recorded. In summary, PERALES admitted to being the Offender, and stated that he was the person in images of the Offender in the Bank of America. He stated that he was having money problems, and that is why he robbed the bank.

## II. CONCLUSION

18. Based on the above information, I respectfully submit that there is probable cause to believe that PERALES robbed the Bank of America on or about June 13, 2025, in violation of Title 18, United States Code, Section 2113(a).

FURTHER AFFIANT SAYETH NOT.

*/s/ Herbert E. Hogberg III*
HERBERT E. HOGBERG III
Special Agent
Federal Bureau of Investigation

SWORN TO AND AFFIRMED by telephone June 13, 2025.

Honorable GABRIEL A. FUENTES
United States Magistrate Judge

6